IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **NO. 18-5111** |
| | : | |
| **KEEFE GROUP,** | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW**, this 6th day of December 2018, upon considering Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1), his *pro se* Complaint (ECF Doc. No. 2), and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion for leave to proceed *in forma pauperis* (ECF Doc. No. 1) is **GRANTED**;

2. Plaintiff's Complaint (ECF Doc. No. 2) is **DISMISSED without prejudice** with leave for Plaintiff to file an amended complaint entirely consistent with the accompanying Memorandum and Federal Rule of Civil Procedure 11 no later than **January 11, 2019** or we shall close this case; and,

3. The Clerk of Court shall not issue summons until further Order.

KEARNEY, J.