IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CHARLES TALBERT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | NO. 18-5111 |
| | : | |
| KEEFE GROUP, | : | |
| Defendant. | : | |

# ORDER

AND NOW, this 9th day of January 2019, upon considering Plaintiff's Motion to amend the complaint (ECF Doc. No. 6) under our December 7, 2018 Order (ECF Doc. No. 5) with attached proposed amended Complaint (ECF No. 6-1), which we construe as an amended Complaint seeking damages for unjust enrichment absent diversity of citizenship, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Plaintiff's Motion to amend the Complaint (ECF Doc. No. 6) is **DENIED as moot** as we already granted Plaintiff leave to file an amended Complaint;

2. The Clerk of Court shall file the amended Complaint (ECF Doc. No. 6-1);

3. The amended Complaint (ECF Doc. No. 6-1) is **DISMISSED** for lack of subject matter jurisdiction in this Court; and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.